IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DISTRICT

LAKISHA WILLIAMS, on behalf
of herself and those similarly situated,

    Plaintiff,                             CASE NO. 2:21-cv-02553-JTF-cgc

v.

FIRST HORIZON CORPORATION, and
FIRST HORIZON BANK,

    Defendant.
_____/

## NOTICE OF FILING EXECUTED SETTLEMENT AGREEMENT

Plaintiff, LAKISHA WILLIAMS, on behalf of herself and those similarly situated, hereby gives notice of filing the attached fully executed Settlement Agreement in support of the JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE, filed August 9, 2022, D.E. 38.

Dated: August 18, 2022

                                                    **MORGAN & MORGAN, P.A.**

                                                    ***/s/ C. Ryan Morgan***
                                                    C. Ryan Morgan, Esq.
                                                    *(Admitted Pro Hac Vice)*
                                                    FBN 0015527
                                                    N. Orange Ave., 15th Floor
                                                    P.O. Box 4979
                                                    Orlando, FL 32802-4979
                                                    T: (407) 420-1414
                                                    F: (407) 245-3401
                                                    E: Rmorgan@forthepeople.com

                                                   ***/s/ Andrew R. Frisch***
                                                   Andrew R. Frisch
                                                   MORGAN & MORGAN, P. A.

8151 N. Pine Island Road, Suite 4000
Plantation, FL 33324
T: (954) WORKERS
F: (954) 327-3013
E: AFrisch@forthepeople.com

*Attorneys for Plaintiff and the Putative Class Members*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed using the CM/ECF system on this 18th day of August, 2022, which I understand will send a notice of same to all counsel of record for Defendants.

*/s/ C. Ryan Morgan*
C. Ryan Morgan, Esq.