**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

| | |
|---|---|
| LAKISHA WILIIAMS, on behalf of herself and those similarly situated, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 2:21-cv-02553-JTF-cgc ) |
| FIRST HORIZON CORPORATION, and FIRST HORIZON BANK, | ) ) ) ) |
| Defendants. | ) |

---

**ORDER GRANTING JOINT MOTION FOR SETTLEMENT APPROVAL AND**
**DISMISSAL WITH PREJUDICE**

---

Before the Court is the Parties' Joint Motion for Settlement Approval and Dismissal with Prejudice that was filed on August 9, 2022. (ECF No. 38.) Upon review, the motion is well taken. The Court finds that the Parties have diligently and effectively implemented the settlement of this case upon the filing of the Notice of Filing Executed Settlement Agreement, filed on August 18, 2022. (ECF No. 39.) Accordingly, the Court finds that the Parties' Motion for Approval of the FLSA Settlement should be **GRANTED** and the proposed settlement **APPROVED**. Further, the Court approves the fees and costs billed by Plaintiff's counsel in this matter

**IT IS SO ORDERED** this 19th day of August 2022.

s/John T. Fowlkes, Jr.
JOHN T. FOWLKES, JR.
United States District Judge