# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| LAKISHA WILLIAMS, on behalf of herself and those similarly situated ) ) ) ) Plaintiffs, ) ) v. ) ) ) FIRST HORIZON CORPORATION, ) and FIRST HORIZON BANK ) ) Defendants. ) | Case No. 21-cv-02553-JTF-cgc |

# JUDGMENT

Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is Dismissed with Prejudice in accordance with the Order Granting Joint Motion for Settlement Approval and Dismissal with Prejudice entered on August 19, 2022.

**APPROVED:**

*s/John T. Fowlkes, Jr.*  
JOHN T. FOWLKES, JR.  
UNITED STATES DISTRICT JUDGE

THOMAS M. GOULD  
CLERK

August 19, 2022  
DATE

s/Jarrod Nelson  
(BY) LAW CLERK